### Charles P. DANIELS, Jr., and Linda M. Daniels, Plaintiffs–Appellants,

v.

### UNITED STATES, Defendant–Appellee.

### No. 2007–5151.

United States Court of Appeals, Federal Circuit.

March 10, 2008.

Catherine M. Brown, Catherine M. Brown, LLC, of Morristown, New Jersey, argued for plaintiffs-appellants.

Kathleen E. Lyon, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Richard T. Morrison, Acting Assistant Attorney General, and Robert W. Metzler, Attorney.

Before RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge and MOORE, Circuit Judge.

#### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

### NEUTRINO DEVELOPMENT CORPORATION, Plaintiff/Counterclaim Defendant–Appellee,

and

### Richard T. Redano, Counterclaim–Defendant Appellee,

v.

### SONOSITE, INC., Defendant/Counterclaimant Appellant.

### No. 2007–1325.

United States Court of Appeals, Federal Circuit.

March 14, 2008.

William C. Norvell, Jr., Beirne, Maynard & Parsons, L.L.P., of Houston, TX, argued for plaintiff/counterclaim defendant-appellee and counterclaim-defendant appellee. With him on the brief were Scott D. Marrs and Brian T. Bagley.

Paul E. Krieger, Fulbright & Jaworski L.L.P., of Houston, TX, argued for defendant/counterclaimant-appellant. With him on the brief were Lucas T. Elliot, William J. Boyce, and C. Erik Hawes.

NEWMAN, FRIEDMAN, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See Fed. Cir. R. 36.*